No. 00–8702. SIMPSON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00–8951. ANGLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–8995. QUIROS MORALES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–9053. ALLEN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–9075. ONWUASOANYA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9076. PRUITT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9141. WHITE *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 00–9433. CONNER *v.* HEAD, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 00–9494. IN HO LEE *v.* HICKMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9502. BESS *v.* ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9504. HINOJOSA *v.* MAYER ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9506. HIGH ET UX. *v.* MORRISON ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9512. GONZALES *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 00–9515. PRADO *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9520. WHISENANT *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.